# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BART M. PITCHER, et al.,<br><br>    Defendants. | Case No. CR 08-344-E-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it a motion to continue trial filed by defendant Pitcher (Dkt. 323) filed September 3, 2010. The defendant requests additional time so that his counsel will have adequate time to prepare for trial. Defense counsel requests a four month continuance, and the Court finds that a continuance until **February 14, 2011**, would be reasonable given the complexities of this case.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. §3161(h)(8)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant ... the reasonable time necessary for effective preparation ...." Under these circumstances, the interests of justice in allowing the defense

**Memorandum Decision and Order - 1**

time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. §3161(h)(8)(A).

The statements of defense counsel establish that the trial should be reset on **February 14, 2011 at 1:30 p.m.**. The Court finds that the period of time between the motion for continuance and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for continuance (Dkt. 323) filed by Defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **February 14, 2011 at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the period of time between the filing of the motion for continuance and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on **February 3, 2011 at 4:00 p.m.** by telephone with the Government to initiate the call with opposing counsel on the line. The Court may be reached at 208-334-9145.

Additionally, the deadline for filing all pretrial motions shall be **<u>January 14, 2011</u>**.



DATED: **September 8, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court