IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BART M. PITCHER,<br><br>   Defendant. | Case No. 4:CR-08-344-BLW<br><br>**WRIT OF ENTRY** |

   Pursuant to the entry of the Amended Preliminary Order of Forfeiture (Docket No. 433) against the following real properties:

   1. Residence located at 803 S. State St., Preston, Idaho; and

   2. Business property known as Irrigation Aid, Inc. located at 472 N. State St., Preston, Idaho;

and the United States having requested that the Court issue a Writ of Entry pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, which authorizes the United States, upon entry of the preliminary order of forfeiture, to seize property or take whatever other action necessary to preserve the property, including interlocutory sale, if necessary, pursuant to Rule 32.2(b)(7), in accordance with Supplemental Rule G(7) of the Federal Rules of Civil Procedure for Admiralty or Maritime Claims and Asset Forfeiture Actions.

   IT IS HEREBY ORDERED that the United States Department of Treasury, or its designee, is hereby authorized:

   1. to enter the real properties above named, including any structures, on one or more occasions during the pendency of this forfeiture proceeding, for the purpose of conducting an inspection and inventory and appraisal of said properties;

   2. to be accompanied on any such occasion by any government and contract personnel

and any appraiser(s) and/or business-valuation experts, accountants or other professionals selected by it for the purpose of appraising the condition, value and business operations of the properties pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography;

3. inspect and make copies of the business records, to include an inspection of the books, including receivables, assets and liabilities/financial statements, employee records, tax and withholding records, inventory, safety and legal records, and any other records bearing on the continuing operation of the business; and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry;

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise as provided by law.

DATED: **August 31, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court